DEBORAH ETZION, Respondent, v RAFAEL ETZION, Appellant, et al., Defendants.

Submitted November 14, 2011; decided December 20, 2011

Reported below, 84 AD3d 1015.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JLG ARCHITECTURAL PRODUCTS, LLC, Appellant, v WDF, INC., Respondent, et al., Defendants. (And a Third-Party Action.)

Submitted November 7, 2011; decided December 20, 2011

Reported below, 87 AD3d 681.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

L&L ASSOCIATES HOLDING CORP., Respondent, v JOSEPH A.F. SA-DOWSKI, Appellant, et al., Defendants.

Submitted November 14, 2011; decided December 20, 2011

Reported below, 2011 NY Slip Op 84844(U).

Motion for leave to appeal dismissed upon the ground that it does not lie (see CPLR 5602). Motion for a stay dismissed as academic. Motion for poor person relief dismissed as academic.

In the Matter of LASTANZEA L. and Others, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LAKESHA L., Appellant.

Submitted November 7, 2011; decided December 20, 2011

Reported below, 87 AD3d 1356.

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed Family Court's denial of the motion to vacate, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.